SARAH JOHNSON MCCLELLAN BOLIN, Appellant, v. ROBERT GEORGE PULFORD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SARAH FARBER, Respondent, v. HAROLD O. WRIGHT (Sued Herein as HAROLD WRIGHT), Appellant.— Order reversed, without costs, and motion granted, without costs, on condition that defendant stipulate that the testimony of plaintiff and her witnesses who do not reside in Niagara county, or any of them, may be taken by deposition and read upon the trial if plaintiff so elects. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HAROLD H. HERTS, Appellant, v. HANS O. SCHUNDLER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BEDFORD MILLS, INC., Respondent, v. TEXTILE SHIRT Co., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FRANK AUDITORE, as Sole Surviving Partner of the Firm of F. & J. AUDITORE, Appellant, v. ALVAH L. EHRNMAN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application of MAX KRACKER, Appellant, to Vacate a Judgment Heretofore Obtained against Him by NEW AMSTERDAM CASUALTY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN B. BREYMANN and Others, Respondents, v. MORRIS & CUMMINGS DREDGING COMPANY, Appellant.— Order reversed and motion granted; proposed amended answer to be served within ten days on payment of costs to date, and in default thereof motion for leave to serve amended answer denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN B. BREYMANN and Others, Respondents, v. MORRIS & CUMMINGS DREDGING COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted; bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN B. BREYMANN and Others, Respondents, v. MORRIS & CUMMINGS DREDGING COMPANY, Appellant.— Appeal dismissed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAX FEINBLATT, Appellant, v. LOUIS BLECHMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BRESLIN SHIRT COMPANY, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY OF BALTIMORE, MARYLAND, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to